| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 09-47058-tjt<br>Eastern District of Michigan<br>Detroit<br>Wed Apr 20 08:55:41 EDT 2011 | Santander Consumer USA f/k/a Drive Financial<br>Bankruptcy Dept.<br>P.O. Box 562088<br>Dallas, TX 75356-2088 | 2<br>211 West Fort Street<br>Detroit, MI 48226-3244 |
| AMERICAN INFOSOURCE LP AS AGENT FOR<br>FIA CARD SERVICES, NA/BANK OF AMERICA<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Bank of Amerca<br>P.O. Box 5270<br>Carol Stream, IL 60197-5270 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Chase - Cc<br>Attention: Banktruptcy Department<br>Po Box 15298<br>Wilmintgon, DE 19850-5298 | Citibank Usa<br>Attn.: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195-0507 | Det Ed Cu<br>660 Plaza Dr Ste 2155<br>Detroit, MI 48226-1222 |
| Detroit Edison Credit Union<br>c/o Butler, Bu<br>24525 Harper Ave. Ste. 2<br>St. Clair Shores, MI 48080-1286 | Direct Merchants Bank<br>Card Member Services - GSC<br>Po Box 5246<br>Carol Stream, IL 60197-5246 | Drive Financial<br>ATTN: Bankruptcy Department<br>P.O. Box 560284<br>Dallas, TX 75356-0284 |
| Flagstar Bank<br>Attn: Bankruptcy Dept MS-S144-3<br>5151 Corporate Dr<br>Troy, MI 48098-2639 | Flagstar Bank, FSB<br>5151 Corporate Drive<br>Troy, MI 48098-2639 | GMAC Mortgage Corporation<br>3451 Hammond Ave<br>Waterloo, IA 50702-5300 |
| Home Comings Financial<br>Attention: Bankruptcy Dept<br>1100 Virginia Drive<br>Fort Washington, PA 19034-3204 | Hsbc Best Buy<br>Attn: Bankruptcy<br>Po Box 6985<br>Bridge Water, NJ 08807-0985 | Huntington National Bank<br>PO Box 2059<br>Columbus, OH 43216-2059 |
| Huntington National Bank<br>Po Box 89424<br>Cleveland OH 44101-6424 | National Capital Management, LLC.<br>8245 Tournament Drive<br>Suite 230<br>Memphis, TN 38125-1741<br>USA | Nelnet Lns<br>Attention: Claims<br>Po Box 17460<br>Denver, CO 80217-0460 |
| Nelnet on behalf of<br>Michigan Guaranty Agency<br>PO Box 30047<br>Lansing, MI 48909-7547 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>PO Box 12914<br>NORFOLK VA 23541-0914 | Panayiotis Marselis<br>Marselis & Berman, P.C.<br>8300 Hall Road, Ste 200<br>Utica, MI 48317-5506 |
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Santander Consumer USA Inc.<br>PO Box 560284<br>Dallas, TX 75356-0284 | US Trustee<br>211 W Fort St<br>Detroit, MI 48226-3277 |
| eCAST Settlement Corporation<br>Assignee of HSBC Bank Nevada<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 | eCAST Settlement Corporation assignee of Cap<br>One Bank<br>POB 35480<br>Newark NJ 07193-5480 | Jennifer Foulkrod<br>21174 Parkcrest<br>Harper Woods, MI 48225-1710 |

| | | |
|---|---|---|
| Melissa D. Francis<br>6553 Jackson Rd.<br>Ann Arbor, MI 48103-9598 | Steven Foulkrod<br>21174 Parkcrest<br>Harper Woods, MI 48225-1710 | Tammy L. Terry<br>Buhl Building<br>535 Griswold<br>Suite 2100<br>Detroit, MI 48226-3681 |
| Tricia Stewart Terry<br>6553 Jackson Rd.<br>Ann Arbor, MI 48103-9598 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital 1 Bank
Attn: C/O TSYS Debt Management
Po Box 5155
Norcross, GA 30091

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Detroit Edison Credit Union     (u)Flagstar Bank FSB     (u)GMAC Mortgage Corporation as servicing age

End of Label Matrix
Mailable recipients    33
Bypassed recipients     3
Total                  36